# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br>　　　　Debtors. | Civil Action No. 20-cv-00774 (RGA)<br><br>Civil Action No. 20-cv-00798 (RGA) |
| CENTURY INDEMNITY COMPANY,<br>　　　　Appellant,<br>　v.<br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br>　　　　Appellees. | On appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Bankruptcy BAP No. 20-13 |
| CENTURY INDEMNITY COMPANY,<br>　　　　Appellant,<br>　v.<br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br>　　　　Appellees. | On appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Bankruptcy BAP No. 20-14 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JANINE PANCHOK-BERRY, TANCRED SCHIAVONI, AND ANDREW KIRSCHENBAUM

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Janine Panchok-Berry, Tancred Schiavoni, and Andrew Kirschenbaum of the law firm O'Melveny & Myers LLP in New York, New York, to represent Century Indemnity Company in this matter.

1

Dated: June 30, 2020

Respectfully submitted,

STAMOULIS & WEINBLATT, LLP

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Janine Panchok-Berry, Tancred Schiavoni, and Andrew Kirschenbaum of the law firm O'Melveny & Myers LLP is GRANTED.

Dated: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF JANINE PANCHOK-BERRY

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

    */s/Janine Panchok-Berry*
Janine Panchok-Berry
jpanchok-berry@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000

Dated:  June 30, 2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF TANCRED SCHIAVONI

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

*/s/Tancred Schiavoni*
Tancred Schiavoni
tschiavoni@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000

Dated: June 30, 2020

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF ANDREW KIRSCHENBAUM

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office.

/s/ *Andrew Kirschenbaum*
Andrew Kirschenbaum
akirschenbaum@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000

Dated:  June 30, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
