IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, | : : | Bankruptcy Case No. 20-10343 (LSS) |
| | : | |
| Debtors. | : | |
| | : | |
| CENTURY INDEMNITY COMPANY, | : : | |
| Appellant, | : : | |
| v. | : : | Civil Action No. 20-798-RGA |
| | : | |
| BOY SCOUTS OF AMERICA, and DELAWARE BSA, LLC, | : : | |
| | : | |
| Appellees. | : | |

# **O R D E R**

WHEREAS, the Magistrate Judge filed a recommendation that this case be withdrawn from the process of mediation (D.I. 7);

WHEREAS, this Court So Ordered that recommendation on July 1, 2020 (D.I. 9);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

Appellant's Opening Brief on appeal shall be filed within **thirty (30) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed withing **thirty (30) days** of receipt of opening brief.

2

Appellant's Reply Brief on appeal shall be filed within **fourteen (14) days** of receipt of answering brief.

<u>July 1, 2020</u>         <u>/s/ Richard G. Andrews         </u>
    DATE                 UNITED STATES DISTRICT JUDGE