## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br>                Debtors. | Chapter 11<br><br>Civil Action No. 20-cv-00798 (RGA) |

## STATEMENT UNDER LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Appellants certifies that they have met and conferred with opposing counsel regarding Appellant's Motion to Accept Documents Under Seal (D.I. 5) and Appellees do not oppose this motion.

Dated: July 6, 2020

Respectfully Submitted,

By: _/s/ Stamatios Stamoulis_
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*