IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Boy Scouts of America and Delaware BSA, LLC,<br><br>    Debtors.<br><br>Century Indemnity Company,<br><br>    Appellant,<br><br>v.<br><br>Boy Scouts of America,<br><br>    Appellee<br><br>Delaware BSA, LLC<br><br>    Appellee | Civil Action No. 20-cv-00798 (RGA)<br><br><br>On appeal from the U.S. Bankruptcy Court for the District of Delaware<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>Bankruptcy BAP No. 20-14 |

**ORDER ~~GRANTING~~ DENYING APPELLANTS' MOTION TO ACCEPT DOCUMENTS UNDER SEAL INTO APPELLATE RECORD**

Upon the Motion of Appellants' to Accept Documents under Seal into Appellate Record (the "Motion"), for good cause shown; it is hereby ORDERED, ADJUDGED and DECREED that: DENIED. *Avandre*.

1. The Motion is ~~granted; and~~

2. The Clerk for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") is permitted and authorized to transmit to the United States District Court for the District of Delaware (the "District Court") those portions of the appellate record, as designated by the Appellants, which were received by the Bankruptcy Court under seal (the "Sealed Portion").

1

3. This Court will accept, under seal, the Sealed Portion, and the Sealed Portion shall be dealt with by the parties pursuant to this Court's usual practices and procedures concerning sealed materials.

4. Upon entry, Appellants shall give notice of this Order to counsel for the Appellees.

Dated: _____, 2020
Wilmington, Delaware

_____
UNITED STATES DISTRICT JUDGE